**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                        Criminal No. 06-cr-218-04-JD

Melvin Rosario a/k/a Flaco

**O R D E R**

    Counsel moved to revisit the issue of bail.  The new pieces of information offered were that: (1) Espada said he did not intend to share the drug profit with Rosario; (2) Rosario was aware of the drug sale but was not part of it; (3) he is an American citizen from Puerto Rico; and (4) he can live with his sister in Lawrence.

    This does not compel me to change my order on detention.  Defendant speaks Spanish with a Dominican accent.  He and Espada were negotiating with the CI's in each others presence.  Rosario is no drug dealing novice.  His other Jag was found with 2 kilos of cocaine in it.  He also was dealing with the individuals in the garages and built the "hide".

The oral motion is denied.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 19, 2006

cc:   Sandra F. Bloomenthal, Esq.
      Donald A. Kennedy, Esq.
      Jeffrey S. Levin, Esq.
      Richard F. Monteith, Jr., Esq.
      Brian T. Tucker, Esq.
      Robert J. Veiga, Esq.